IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NANCY KING                                                                 PLAINTIFF

v.                                     No. 5:15-cv-299-DPM

VIVA BEVERAGES                                                        DEFENDANT

ORDER

King paid the $400 filing and administrative fee, but hasn't requested a summons from the Clerk's office to serve with her complaint. FED. R. CIV. P. 4(b)–(c). The time for service has expired. FED. R. CIV. P. 4(m). Given King's *pro se* status, the Court reopens and extends the time for service until 15 March 2016. If King wants to pursue this lawsuit, she must do two things now:

- provide a summons to the Clerk's office for issuance;

- serve Viva Beverages properly with the complaint and summons, see FED. R. CIV. P. 4.

King must do both things by 15 March 2016. And promptly thereafter, she must file proof of good service with the Court. Otherwise, the Court will dismiss her complaint without prejudice. The summons form, AO 440, is available at www.are.uscourts.gov/civil-forms.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2016