IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NANCY KING                                                                                           PLAINTIFF

v.                                              No. 5:15-cv-299-DPM

VIVA BEVERAGES                                                                                  DEFENDANT

## ORDER

The Court directs the Clerk to docket Viva Beverages' embedded motion to dismiss, № 4, as a separate entry. King's response to the motion is due 21 April 2016. FED. R. CIV. P. 6(d); LOCAL RULE 7.2(b).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

4 April 2016