IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NANCY KING                                                            PLAINTIFF

v.                                    No. 5:15-cv-299-DPM

VIVA BEVERAGES                                                        DEFENDANT

### ORDER

Ms. King didn't respond to Viva Beverages' motion to dismiss. But the

motion lacks any merit. The company asks the Court to dismiss King's suit

because she used the wrong *pro se* form — because, after paying $400 to file

suit, she made an ADA claim with a Title VII form. That doesn't matter. *Pro*

*se* folks don't have to plead "with legal nicety." *Topchian v. JPMorgan Chase*

*Bank N.A.*, 760 F.3d 843, 849 (8th Cir. 2014). They must give the other side fair

notice of claims. The company's motion is premised on the fact that King did

so. Requiring her to find and file another form at this point would slow down

the case without good reason. FED. R. CIV. P. 1. Motion, № 10, denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 April 2016