# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

NANCY KING                                                    PLAINTIFF

v.                              No. 5:15-cv-299-DPM

VIVA BEVERAGES, INC.                                          DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

_____

D.P. Marshall Jr.
United States District Judge

26 May 2017